UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | Criminal No.: 6:11-cr-00062-GFVT-HAI-1 |
| V. | ) ) ) | **ORDER** |
| DORSEY CLARK, | ) ) | |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommended Disposition ("R&R") of United States Magistrate Judge Hanly A. Ingram. [R. 52.] The Defendant, Dorsey Clark, was charged with violating his supervised release in a Supervised Release Violation Report dated February 5, 2018.

The Defendant began his initial term of supervised release on April 14, 2017. [*Id*. at 1.] He first violated the terms of his Supervised Release in December 2017. [*Id.*] The United States Probation Office (USPO) indicated that Defendant submitted a urine test that tested positive for oxycodone and buprenorphine. USPO indicated this was an isolated incident and requested no action at the time. [*Id.*] The current violation stems from a urine sample collected on January 24, 2018, which tested positive for oxymorphone, the metabolite of oxycodone. [*Id. at 2.*]

Upon evaluation of the entire record, including the most recent Supervised Release Violation Report and accompanying documents and the sentencing materials from the underlying judgments in this District, Magistrate Judge Ingram issued an R&R recommending revocation

and incarceration for a period of twelve (12) months and one (1) day. [*Id*. at 9.] Further, the Magistrate Judge recommended a term of supervised release of twenty-three (23) months and twenty-nine (29) days to follow under the terms previously imposed. [R. 52 at 9.] The Defendant has not waived his right to allocution, but the time to object has passed.

Generally, this Court must make a *de novo* determination of those portions of a recommended disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, however, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Parties who fail to object to a Magistrate's recommended disposition are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record and it agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The Magistrate's Recommended Disposition [**R. 52**] as to Dorsey Clark is **ADOPTED** as and for the Opinion of the Court;

2. Dorsey Clark is found to have violated the terms of his Supervised Release as set forth in the Petition filed by the United States Probation Office and the Recommended Disposition of the Magistrate Judge;

3. Mr. Clark's Supervised Release is **REVOKED**;

4. Mr. Clark is hereby sentenced to a term of incarceration of **twelve (12) months and one (1) day**; and

5. Mr. Clark will be on supervised release for **twenty-three (23) months and**

**twenty-nine (29) days** following his release from custody under the terms previously imposed.

This the 3rd day of April, 2018.

Gregory F. Van Tatenhove
United States District Judge